IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HEATHER PRICE**                                                                                       **PLAINTIFF**

v.                                    Case No. 3:22-cv-00104-JTK

**KILOLO KIJAKAZI,**                                                                                   **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 7) For good cause shown, this Court grants the motion and reverses and remands this case to the Commissioner for further administrative action pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C.§ 405(g).

SO ORDERED THIS 20th day of July, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE