## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**HEATHER PRICE**                                                                                         **PLAINTIFF**

**v.**                                              **Case No. 3:22-cv-00104-JTK**

**KILOLO KIJAKAZI,**                                                                                  **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Before the Court is Ms. Price's Motion to Dismiss. (Doc. No. 10) The Court remanded this social security case to the Commissioner pursuant to "sentence six" of Section 205(g) of the Social Security Act, 42 U.S.C. § 405. (Doc. No. 9) Following a remand, an ALJ reconsidered Ms. Price's disability claim. The ALJ issued a fully favorable decision on July 25, 2023, which Ms. Price has attached to her motion. The ALJ's decision concludes the remand proceedings, and this case is ready to be dismissed. Accordingly, Ms. Price's Motion to Dismiss (Doc. No. 10) is GRANTED.

SO ORDERED THIS 30th day of August, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE