IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HEATHER PRICE**                                                                                      **PLAINTIFF**

v.                                          Case No. 3:22-cv-00104-JTK

**KILOLO KIJAKAZI,**                                                                              **DEFENDANT**
**Acting Commissioner**
**Social Security**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed and judgment is entered in favor of the plaintiff.

SO ADJUDGED THIS 30th day of August, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE